IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CASEY THOMAS HAVARD, #48179                                                        PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:20-cv-128-HSO-RHW

STATE OF MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.          DEFENDANTS

ORDER GRANTING PLAINTIFF'S MOTION [7] TO AMEND
REQUESTING A JURY TRIAL

This matter comes before the Court on Plaintiff's Motion [7] filed on April 28, 2020, requesting a jury trial.  A review of the Complaint reveals that Plaintiff requested a jury trial in the "Relief" portion of his Complaint.  Compl. [1] at 6.  The Court finds that Plaintiff's jury demand contained in his Complaint [1] along with his Motion [7] satisfies the written demand required in Rule 38(b) of the Federal Rules of Civil Procedure.  Accordingly, it is

ORDERED that Plaintiff's Motion [7] requesting a jury trial is granted.

SO ORDERED this the 17th day of July, 2020.

*s/Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE